UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                               )<br>)<br>MAYNARD DAVIS,                    )<br>　　　　Defendant.                  ) | Criminal No. 5:20-cr-12-1 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 25, 2019, in the District of Vermont, the defendant, MAYNARD DAVIS, knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

███████████████

FOREPERSON

_Christina E. Nolan_ (NTB)
CHRISTINA E. NOLAN
United States Attorney
Rutland, Vermont
January 29, 2020