AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2020 MAR 12 PM 2: 31

CLERK

BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) ) ) ) | Case No. 5:20-cr-12-01 |
| Maynard Davis | ) ) | |
| *Defendant* | | |

U.S. MAGISTRATE
DISTRICT OF VERMONT
2020 JAN 29 PM 1:20
RECEIVED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Maynard Davis__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of cocaine base in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)

Date: 1/29/2020

_Lisa Wright_
*Issuing officer's signature*

Lisa Wright, Deputy Clerk

City and state: Burlington, VT

*Printed name and title*

---

### Return

This warrant was received on *(date)* 1/29/2020, and the person was arrested on *(date)* 3.11.2020
at *(city and state)* Burlington, VT.

Date: 3.12.2020

*Arresting officer's signature*

John Curtis SDUSM
*Printed name and title*